

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Erna Aletta Cox v. Kevin Stuart Cox

Appellate case number:   01-21-00521-CV

Trial court case number: 2020-28443

Trial court:             247th District Court of Harris County

Appellant Erna Aletta Cox filed an "Emergency Motion to Request an Urgent Protective Order" on November 4, 2021 and a supplement to her motion on November 17, 2021. Appellant requests that this Court grant "this Emergency Motion to Compel Compliance with the court's Protective Order."

This Court lacks jurisdiction to issue a protective order. *See* TEX. FAM. CODE § 85.062(a) (when suit for dissolution of a marriage or suit affecting the parent-child relationship is pending, application for protective order must be filed in court where suit is pending or in court in county where applicant resides if applicant lives outside jurisdiction of court where suit is pending); 85.063 (after final order has been rendered in suit for dissolution of marriage or suit affecting parent-child relationship, application for protective order must be filed in court that rendered final order or, if filed in another county, in court with jurisdiction to render protective order).[1]

To the extent Appellant asks this Court to enforce an existing protective order, this Court is not aware of the existence of any such order. Appellant does not attach any protective order to her motion and there is no protective order in the record.

Appellant's emergency motion is **denied.**

It is so ORDERED.

---

[1]     The Family Code defines "court" as "the district court, court of domestic relations, juvenile court having the jurisdiction of a district court, statutory county court, constitutional county court, or other court expressly given jurisdiction under this title." TEX. FAM. CODE § 71.002.

Judge's signature: <u>/s/ Veronica Rivas-Molloy</u>
                        Acting individually


Date:  <u>November 23, 2021</u>